1  **KAYE, ROSE & PARTNERS, LLP**
   Frank C. Brucculeri, Esq. (137199)
2  Daniel F. Berberich, Esq. (215946)
   9100 Wilshire Blvd., Suite 420W
3  Beverly Hills, California  90212
   Telephone: (310) 551-6555
4  Facsimile: (310) 277-1220
   E-mail:  brose@kayerose.com
5            fbrucculeri@kayerose.com
             dberberich@kayerose.com
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  ARABIAN GAS AND OIL                    Case No. 3:16-cv-03801
11  DEVELOPMENT COMPANY, a Bahrain
    Corporation,                            **RIGHT TO ATTACH ORDER AND**
12                                          **ORDER FOR WRIT OF ATTACHMENT**
               Plaintiff,
13                                          ~~[PROPOSED]~~
         v.
14
    WISDOM MARINES LINES, S.A, a
15  Panama Corporation, WISDOM
    MARINES LINES CO., LTD., a Cayman
16  Islands Corporation, and SAO WISDOM,
    S.A., a Panama corporation,
17
               Defendants.
18

19
         Upon proof made to the satisfaction of the court that the application for right to attach
20
    order and writ of attachment should be granted,
21
         IT IS SO ORDERED:
22
              1.      That Plaintiff's application for a right to attach order is GRANTED.
23
              2.      Upon posting of an acceptable bond or other form of surety, a writ of
24
    attachment shall issue attaching Defendants' vessel, M/V GLOBAL FAITH, bearing IMO
25
    #9554169 and International Call Sign: 3FCU2, located at the Port of San Francisco at anchorage,
26
    in San Francisco County, California.
27
    Any interested party shall notify the court if it wishes to have a
28  hearing.

                                               1

1   Dated: __July 8, 2016__

4            Magistrate    _____
                          JUDGE OF THE UNITED STATES NORTHERN DISTRICT OF
                          CALIFORNIA

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

2