1  ELIZABETH P. BEAZLEY, CASB No. 138198
   elizabeth.beazley@kyl.com
2  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
3  JENNIFER M. PORTER, CASB No. 261508
   jennifer.porter@kyl.com
4  CHRISTOPHER R. FARNSWORTH, CASB No. 286992
   chris.farnsworth@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  400 Oceangate
   Long Beach, California  90802
7  Telephone:   (562) 436-2000
   Facsimile:    (562) 436-7416
8
   Attorneys for Specially Appearing Defendants
9  WISDOM MARINES LINES, S.A, WISDOM
   MARINES LINES CO., LTD., and SAO
10 WISDOM, S.A.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15 ARABIAN GAS AND OIL DEVELOPMENT       ) Case No. 4:16-cv-03801-DMR
   COMPANY, a Bahrain Corporation,       )
16                                       ) Related Case:  4:16-cv-03872-DMR
                         Plaintiff,      )
17                                       ) **ORDER**
               vs.                       )
18                                       )
   WISDOM MARINES LINES, S.A, a Panama   )
19 Corporation, WISDOM MARINES LINES CO.,)
   LTD., a Cayman Islands Corporation, and SAO )
20 WISDOM, S.A., a Panama corporation,   )
                                         )
21                       Defendants.     )
                                         )
22 _____)

23

24 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25          On August 4, 2016, Specially Appearing Defendants WISDOM MARINE LINES,

26 S.A., WISDOM MARINE LINES CO., LTD, AND SAO WISDOM, S.A.'s (collectively

27 "Defendants") Motion to Dismiss Plaintiff's Verified Complaint under FRCP 12(b)(1) and 12(b)(6),

28 and in the Alternative to Set Aside Plaintiff's Ex Parte Right to Attach Order and Writ of Attachment,

- 1 -

1  and in the Alternative to Reduce Amount of Security and Increase Amount of Bond (the "Motion")
2  came on for hearing in Courtroom 4 of the above-entitled Court.
3          Having considered Defendants' Motion and supporting documents, all documents on
4  file with the court, and oral argument, the Court hereby ORDERS THAT:
5          1. The Right to Attach Order is SET ASIDE.
6          2. The Writ of Attachment granted by this Court on July 15, 2016, against the vessel
7  M/V *GLOBAL FAITH* is hereby QUASHED.
8          3. The attached vessel M/V *GLOBAL FAITH* is now immediately RELEASED from
9  attachment.

11          IT IS SO ORDERED

14  DATED: August 4, 2016
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

                                          IT IS SO ORDERED
                                          Judge Donna M. Ryu

- 2 -

ORDER - Case No. 4:16-cv-03801-DMR
KYL4849-1712-2102.1