UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 8/4/16 | **Time:** 2:36-3:28 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:16-cv-03801-DMR | **Case Name:** Arabian Gas and Oil Development Company v. Wisdom Marines Lines, S.A., et al | |

**Attorney for Plaintiff:**
George Gaitas
Frank Brucculeri
Jonathan Chalos

**Attorney for Specially Appearing Defendants:**
James Marissen
Christopher Farnsworth

**Deputy Clerk:** Ivy Lerma Garcia          **Court Reporter:** 2:36-3:28

PROCEEDINGS

1. Specially Appearing Defendants Wisdom Marines Lines, S.A, Wisdom Marines Lines Co., LTD., and SAO Wisdom, S.A.'s Motion to Dismiss Plaintiff's Verified Complaint, and in the Alternative to set aside Court's Order Granting Writ of Attachment and the Attachment of the M/V Global Faith [Docket No. 28]

   The court held a hearing on specially appearing Defendants' motion [Docket No. 28].

   For the reasons stated on the record, the right to attach order [Docket No. 14] is set aside, the writ of attachment [Docket No. 19] is quashed, and the attached property is hereby ordered released.

   The clerk is directed to close the file for this case.


**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              ( )   Court

cc: Chambers