ALBERT E. PEACOCK III, CASB No. 134094
al.peacock@kyl.com
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Specially Appearing Defendants
WISDOM MARINES LINES, S.A, WISDOM MARINES
LINES CO., LTD., and SAO WISDOM, S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABIAN GAS AND OIL DEVELOPMENT COMPANY, a Bahrain Corporation,<br><br>                                        Plaintiff,<br><br>    vs.<br><br>WISDOM MARINES LINES, S.A, a Panama Corporation, WISDOM MARINES LINES CO., LTD., a Cayman Islands Corporation, and SAO WISDOM, S.A., a Panama corporation,<br><br>                                        Defendants. | Case No. 4:16-cv-03801-DMR<br><br>Related Case:  4:16-cv-03872-DMR<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** Christopher A. Farnsworth (State Bar No. 286992) should be deleted as counsel of record for Specially Appearing Defendants WISDOM MARINES LINES, S.A, WISDOM MARINES LINES CO., LTD., and SAO WISDOM, S.A. ("Defendants"). Mr. Farnsworth is no longer associated with Keesal, Young & Logan. Albert E. Peacock, III, Elizabeth P. Beazley, Tara B. Voss and Jennifer M. Porter of Keesal, Young & Logan remain counsel of record for Defendants.

**PLEASE TAKE FURTHER NOTICE** that Mr. Farnsworth should be deleted from service lists as to all notices and papers, to include, without limitation, orders and all notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

DATED:  June 1, 2017          /s/ Elizabeth P. Beazley
ALBERT E. PEACOCK III
ELIZABETH P. BEAZLEY
TARA B. VOSS
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Specially Appearing Defendants
WISDOM MARINES LINES, S.A, WISDOM MARINES LINES CO., LTD., and SAO WISDOM, S.A.

NOTICE OF CHANGE IN COUNSEL
KYL4842-4019-3865.1

Case Name: *Arabian Gas and Oil Development Co v. Wisdom Marines Lines, et. al.*
Case No.: USDC, Northern District Case No: 4:16-cv-03801-DMR (related to 16-cv-03872)
KYL File No.: 7811-3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

On June 1, 2017, I served the foregoing documents described as **NOTICE OF CHANGE IN COUNSEL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Frank C. Brucculeri, Esq.<br>Daniel F. Berberich, Esq.<br>KAYE, ROSE & PARTNERS<br>9100 Wilshire Blvd., Ste 420W<br>Beverly Hills, CA 90212<br>Ph. (310) 551-6555   Fax (310) 277-1200<br>Email: fbrucculeri@kayerose.com<br>       dberberich@kayerose.com | Co-Counsel for Plaintiff ARABIAN GAS AND OIL DEVELOPMENT COMPANY |
| George A. Gaitas, Esq.<br>Chalos & Co., P.C.<br>7210 Tickner Street<br>Houston, TX 77055<br>Ph. (713) 574-9582   Fax (866) 702-4577<br>Email: georgegaitas@chaloslaw.com | Co-Counsel for Plaintiff ARABIAN GAS AND OIL DEVELOPMENT COMPANY |

☑   BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on June 1, 2017 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
TAMMY WADE

- 1 -
Proof of Service
KYL4849-2488-3272.1