Of Counsel:
**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
9100 Wilshire Blvd., Suite 420W
Beverly Hills, California 90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail: brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABIAN GAS AND OIL DEVELOPMENT COMPANY, a Bahrain Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WISDOM MARINES LINES, S.A, a Panama Corporation, WISDOM MARINES LINES CO., LTD., a Cayman Islands Corporation, and SAO WISDOM, S.A., a Panama corporation,<br><br>Defendants. | Case No. 4:16-cv-03801-DMR<br><br>Related Case: 4:16-cv-03872-DMR<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean D. Kennedy should be deleted as counsel of record for Plaintiff Arabian Gas and Oil Development Company ("AGODCO"). Mr. Kennedy is no longer associated with Chalos & Co., P.C. I, George A. Gaitas, remain counsel of record for Plaintiff AGODCO.

**PLEASE TAKE FURTHER NOTICE** that Mr. Kennedy should be deleted from service lists as to all notices and papers, to include, without limitation, orders and all notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal,

written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

                                                      Respectfully Submitted,

Dated: September 15, 2017        By:  /s/ *George A. Gaitas*
                                                     George A. Gaitas
                                                     georgegaitas@chaloslaw.com
                                                     CHALOS & CO., P.C.
                                                     7210 Tickner Street
                                                     Houston, Texas 77055
                                                     Tel.:   713-574-9582
                                                     Fax:   866-702-4577
                                                     *Counsel for Plaintiff Arabian*
                                                   *Gas & Oil Development Company*

Of Counsel:

**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
9100 Wilshire Blvd., Suite 420W
Beverly Hills, California  90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail:  brose@kayerose.com
             fbrucculeri@kayerose.com
             dberberich@kayerose.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2017 a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system and served via Electronic Mail to all counsel/individuals listed below:

Elizabeth P. Beazley, elizabeth.beazley@kyl.com
Jennifer M. Porter, jennifer.porter@kyl.com
Albert E. Peacock, III, al.peacock@kyl.com
KEESAL, YOUNG & LOGAN, P.C.
400 Oceangate Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Dated: September 15, 2017                                  /s/ *George A. Gaitas*_____
                                                                         George A. Gaitas