ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
STEFAN PEROVICH, CASB No. 245580
stefan.perovich@kyl.com
KRISTY H. SAMBOR, CASB No. 274452
kristy.sambor@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Specially Appearing Defendants
WISDOM MARINE LINES, S.A., WISDOM MARINE
LINES CO., LTD., and SAO WISDOM, S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABIAN GAS AND OIL DEVELOPMENT COMPANY, a Bahrain Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WISDOM MARINE LINES, S.A, a Panama Corporation, WISDOM MARINE LINES CO., LTD., a Cayman Islands Corporation, and SAO WISDOM, S.A., a Panama corporation,<br><br>Defendants. | Case No. 4:16-cv-03801-DMR<br><br>**EXHIBITS TO DEFENDANTS' STATUS REPORT (DKT. 104)** |

Specially Appearing Defendants WISDOM MARINE LINES, S.A., WISDOM MARINE LINES CO., LTD. and SAO WISDOM, S.A. by and through their counsel of record, submit the following exhibits to Defendants' Status Report filed on September 28, 2018 (Dkt. 104).

1     Exhibit A - True and correct copy of the arbitration award in the Hulls 387 arbitration.

2     Exhibit B - True and correct copy of the arbitration award in the Hulls 388 arbitration.

3     Exhibit C – True and correct copy of the Court's Order appointing a Receiver.

DATED:  October 2, 2018

*/s/ Kristy H. Sambor*
ELIZABETH P. BEAZLEY
STEFAN PEROVICH
KRISTY H. SAMBOR
KEESAL, YOUNG & LOGAN
Attorneys for Specially Appearing Defendants
WISDOM MARINE LINES, S.A., WISDOM MARINE LINES CO., LTD., and SAO WISDOM, S.A.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

On October 2, 2018, I served the foregoing documents described as **EXHIBITS TO DEFENDANTS' STATUS REPORT** on the parties in this action as follows:

| | |
|---|---|
| Frank C. Brucculeri, Esq.<br>Daniel F. Berberich, Esq.<br>Kaye, Rose & Partners<br>9100 Wilshire Blvd., Ste 420W<br>Beverly Hills, CA 90212<br>Telephone: (310) 551-6555<br>Facsimile: (310) 277-1200<br>Email: fbrucculeri@kayerose.com<br>          dberberich@kayerose.com | Attorneys for Plaintiff ARABIAN GAS AND OIL DEVELOPMENT COMPANY |
| George A. Gaïtas, Esq.<br>Gaitas, Kennedy & Chalos, P.C.<br>6250 Westpark Dr., Ste. 222<br>Houston, Texas 77057<br>Telephone: (281) 501-1800<br>Facsimile: (832) 962-8178<br>Email: gaitas@gkclaw.com | |

☑    BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on October 2, 2018 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Sarah Kim
SARAH KIM